

**KAUFMAN DOLOWICH VOLUCK**
ATTORNEYS AT LAW

**Adam M. Marshall, Esq.**
amarshall@kdvlaw.com

Kaufman Dolowich & Voluck, LLP
135 Crossways Park Drive, Suite 201
Woodbury, New York 11797
Telephone: 516.681.1100
Facsimile: 516.681.1101
www.kdvlaw.com

February 24, 2022

**Via ECF**
Honorable Paul A. Engelmayer, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    *Weinstein v. Abelson Herron Halpern LLP*
            *Case No. 1:22-cv-970 (PAE)*

Dear Judge Engelmayer:

    This firm represents Defendants Abelson Herron Halpern LLP ("AHH") and Michael Bruce Abelson, Esq. ("Abelson") (collectively, the "Defendants") in the above matter. We write with the consent of Plaintiff's counsel to jointly request that the initial conference currently scheduled for March 2, 2022 be adjourned to the week of April 11, 2022.

    We are requesting the adjournment because, on March 4, 2022, Defendants will be filing a motion to dismiss the Complaint based on the arbitration clause contained in the retainer agreement between Plaintiff and AHH or, alternatively, to transfer venue to the Central District of California to allow for a subsequent motion to compel arbitration. The parties agree that briefing on the motion should be completed prior to any initial conference.

    In addition, Plaintiff's counsel, Mr. Kavulich, is not currently admitted to practice in this Court. He is admitted in the U.S. District Court for the Eastern District of New York and has informed us that he will be submitting a motion for pro hac vice admission in the coming days.

    We thank the Court for its consideration.

                                        Respectfully submitted,
                                        Kaufman Dolowich & Voluck, LLP

                          By:    /s/ Adam M. Marshall
                                      Adam M. Marshall, Esq.

cc:    Gary Kavulich, Esq.
        (Via Email: gkavulich@kavulichandassociates.com)

The parties' request for an adjournment is denied. The initial pretrial conference in this case will serve, *inter alia*, to preview the anticipated motion. Plaintiff's counsel is further directed to appear and file a motion to appear *pro hac vice* promptly. The Clerk of Court is respectfully directed to terminate the motion pending at Dkt. 9. SO ORDERED.

Dated: February 24, 2022

*Paul A. Engelmayer*

PAUL A. ENGELMAYER
United States District Judge