UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HARVEY WEINSTEIN,

                        Plaintiff,

            -v-

ABELSON HERRON ALPERN LLP,
MICHAEL BRUCE ABELSEON, ESQ.

                       Defendants.

22 Civ. 970 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

    Due to a scheduling conflict, the initial pretrial conference in this case, originally scheduled for March 2, 2022, at 2 p.m., is hereby rescheduled for March 2, 2022, at 3 p.m.

    SO ORDERED.

                                            *Paul A. Engelmayer*
                                            PAUL A. ENGELMAYER
                                            United States District Judge

Dated: March 1, 2022
        New York, New York